11-12831

**UNITED STATES BANKRUPTCY COURTSOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Robert Edward Kelly   Last Four Digits of SS #: 5587      CASE NO: _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60 months**. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. $690.00 for months  1  to  60 ; in order to pay the following creditors

Administrative: Attorney's Fee - $3,000.00 TOTAL PAID: $3,000.00
     Balance Due: $_____ payable $_____/month (Months ___ to ___)

**SECURED CLAIMS:** [Retain Liens pursuant to 11 U.S.C. §1325(a)(5)] Liens on Real or Personal Property.

1. Wells Fargo Home Mortgage          Arrearage on Petition Date:      $0.00
   Address: 8480 Stagecoach Circle    Arrears Payment:        $0.00/month (Months 1 to 60)
   Frederick, MD 21701                Regular Payment:        $457.63/month (Months 1 to 60)
   Account No.:  7080040873382

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description & Value Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Alpena Cny Community Credit<br>710 W. Miller St.<br>Alpena, MI 49707<br>Acct. #2000 | 2005 Saab<br>Value: $5,700.00 | 5.25% | $108.22 | Months 1 – 60 | $6,493.20 |
| Wells Fargo Bank<br>P.O. Box 31557<br>Billings, MT 59107<br>Acct#1998<br>2nd Mortgage | Homestead:<br>3105 Oakland Shores Dr, J204, Oakland Park, FL 33309<br>Value: $27,300 | 0% | $0.00 | Months 1 – 60 | Pro-Rata as allowed to unsecured creditors |

PRIORITY CREDITORS: {as defined in 11 U.S.C. §507]

_____-NONE-_____ Total Due $_____
                     Payable $_____/month (Months ___ to ___) Regular Payment $_____

**Unsecured Creditors:** Pay $55.15/month (Months 1to 60). Pro rata divided will be calculated by the trustee upon review of filed claims and bar date.

11-12831

Other Provisions Not Included Above:

1. Debtor is seeking to value the claim of Wells Fargo Bank (2nd Mortgage on his Homestead) and Alpen

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

s/ //
Robert Edward Kelly
Debtor Signature

                        Respectfully Submitted,

                        /s/ROBIN L. BODIFORD/
                        ROBIN L. BODIFORD
                        Address: 2550 N. Federal Hwy, Suite 20
                        Fort Lauderdale, FL 33305
                        (954)630-2707
                        rbodiford@aol.com